**SO ORDERED.**

**SIGNED this 9 day of August, 2018.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| IN RE:<br>AUBREY L. MEADE, JR.<br>　　　　　　　　　DEBTOR | CASE NO. 17-01360-5-DMW<br>CHAPTER 11 |

## ORDER GRANTING MOTION FOR APPROVAL OF CONSENT ORDER

Upon consideration of the Motion for Approval of Consent Order filed by The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11, and after required notice to all necessary parties, and there being no objection filed, and there being good cause for the entry of the Order;

IT IS HEREBY ORDERED that the Motion for Approval of Consent Order is hereby granted.

**END OF DOCUMENT**