```
                         United States Bankruptcy Court
                        Eastern District of North Carolina
In re:                                                          Case No. 17-01360-DMW
Aubrey L. Meade, Jr.                                            Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0417-5          User: donleycot            Page 1 of 2              Date Rcvd: Aug 07, 2018
                              Form ID: van034            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +Aubrey L. Meade, Jr.,    P.O. Box 487,   Bunn, NC 27508-0487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Aleksandra E. Anderson    on behalf of Defendant    MTGLQ Investors LP anderson@lawjtb.com
              Brian Behr    on behalf of Bankruptcy Administrator    Bankruptcy Administrator
               brian_behr@nceba.uscourts.gov,   lynn_tingen@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov
              Christine M. Lamb    on behalf of Creditor    Specialized Loan Servicing LLC jgilleland@hnftlaw.com,
               clamb@hnftlaw.com
              Christine M. Lamb    on behalf of Defendant    Structured Asset Securities Corporation
               Mortgage-Backed Pass-Through Certificates, Series 2006-BC5, US Bank National Association, as
               Trustee jgilleland@hnftlaw.com,   clamb@hnftlaw.com
              Cindy G. Oliver    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a Christiana
               Trust coliver@longleaflp.com
              David Matthews    on behalf of Creditor    Deutsche Bank National Trust Company as Certificate
               Trustee on behalf of Credit II Trust Series 2010-1 dmatthewsesq@outlook.com,
               bkecf@sterneisenberg.com
              David R. DiMatteo    on behalf of Creditor    U.S. Bank National Association
               ddimatteo@sterneisenberg.com,   bkecf@sterneisenberg.com
              David R. DiMatteo    on behalf of Creditor    Deutsche Bank National Trust Company, as certificate
               trustee on behalf of Bosco Credit II Trust Series 2010-1 ddimatteo@sterneisenberg.com,
               bkecf@sterneisenberg.com
              George M. Oliver    on behalf of Creditor    The Law Offices of Oliver & Cheek, PLLC
               efile@ofc-law.com,
               george@olivercheek.com;dana@olivercheek.com;vanessa@olivercheek.com;pam@olivercheek.com;clayton@o
               livercheek.com;ciara@olivercheek.com;katymac@olivercheek.com;ben@olivercheek.com;Ashley@oliverche
               ek.com;lizcarla&
              J.M. Cook    on behalf of Debtor Aubrey L. Meade, Jr. J.M.Cook@jmcookesq.com,
               CookJR78004@notify.bestcase.com
              John T. Benjamin, Jr.    on behalf of Defendant    MTGLQ Investors LP benjamin@lawjtb.com,
               all@lawjtb.com
              Joseph J. Vonnegut    on behalf of Creditor    Nationstar Mortgage LLC bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Joseph J. Vonnegut    on behalf of Defendant    CSMC Mortgage-Backed-Pass-Through Certificates,
               Series 2007-5, US Bank National Association as Trustee bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Joseph J. Vonnegut    on behalf of Creditor    Ditech Financial LLC bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Joseph J. Vonnegut    on behalf of Defendant    CSMC Mortgage-Backed Pass-Through Certificates,
               Series 2007-5, US Bank National Association, as Trustee bkymail@hskplaw.com,
               troy.staley@ecf.inforuptcy.com
              Joseph M. Lischwe    on behalf of Creditor    JPMorgan Chase Bank, National Association
               joe.lischwe@nelsonmullins.com,   karie.rankine@nelsonmullins.com
              Katherine S. Parker-Lowe    on behalf of Plaintiff Aubrey L. Meade, Jr. katherine@ocracokelaw.com
              Katherine S. Parker-Lowe    on behalf of Debtor Aubrey L. Meade, Jr. katherine@ocracokelaw.com
```

```
District/off: 0417-5          User: donleycot              Page 2 of 2                  Date Rcvd: Aug 07, 2018
                              Form ID: van034             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Marjorie K. Lynch    on behalf of Bankruptcy Administrator    Bankruptcy Administrator
               marjorie_lynch@nceba.uscourts.gov,
               lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov
               ;tanya_aycock@nceba.uscourts.gov
              Melissa E. Swaby    on behalf of Creditor    The Bank of New York Mellon
               Melissa.swaby@brockandscott.com
              Melissa E. Swaby    on behalf of Creditor    U.S. Bank Trust, N.A. Melissa.swaby@brockandscott.com
              Neil D. Jonas    on behalf of Creditor    CSMC Mortgage-Backed Pass-Through Certificates, Series
               2007-5, U.S. Bank National Association, as Trustee wbecf@brockandscott.com,
               cltecfnotices@brockandscott.com
              Neil D. Jonas    on behalf of Creditor    CSMC Mortgage-Backed Pass-Through Certificates, Series
               2007-5, US Bank National Association, as Trustee wbecf@brockandscott.com,
               cltecfnotices@brockandscott.com
              Neil D. Jonas    on behalf of Creditor    U.S. Bank Trust, N.A. wbecf@brockandscott.com,
               cltecfnotices@brockandscott.com
              Neil D. Jonas    on behalf of Creditor    The Bank of New York Mellon wbecf@brockandscott.com,
               cltecfnotices@brockandscott.com
              Rick D. Lail    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a Christiana
               Trust rick@lail-law.com
              Rick D. Lail    on behalf of Creditor    MTGLQ Investors,LP rick@lail-law.com
              Rick D. Lail    on behalf of Creditor    MTGLQ Investor, LP rick@lail-law.com
              Sarah Elizabeth Banks    on behalf of Creditor    Deutsche Bank National Trust Company
               sbanks@sterneisenberg.com
              William Paul Harris    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for HSBC Bank
               USA, National Association as Trustee for Sequoia Mortgage Trust 2007-3, Mortgage Pass-Through
               Certificates wharris@logs.com
              William Paul Harris    on behalf of Creditor    JPMorgan Chase Bank, National Association
               wharris@logs.com
              William Paul Harris    on behalf of Creditor    Ocwen Loan Servicing, LLC wharris@logs.com
              William Paul Harris    on behalf of Creditor    The Bank of New York Mellon wharris@logs.com
                                                                                                  TOTAL: 33
```

VAN–034 Order – Rev. 03/27/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Aubrey L. Meade Jr.
 ( debtor has no known aliases )
P.O. Box 487
Bunn, NC 27508

CASE NO.: 17–01360–5–DMW

DATE FILED: March 20, 2017

CHAPTER: 11

ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT,
FIXING LAST DAY TO FILE OBJECTIONS TO THE DISCLOSURE STATEMENT,
FIXING LAST DAY TO FILE ACCEPTANCES/REJECTIONS OF THE AMENDED PLAN,
SETTING HEARING ON CONFIRMATION OF THE AMENDED PLAN,
DIRECTING THAT BALLOTS BE FILED AND
DIRECTING THE PLAN PROPONENT TO FILE REPORT ON BALLOTS

A(n) disclosure statement under Chapter 11 of Title 11 of the United States Code having been filed on **September 5, 2017** , and a(n) amended plan having been filed on **August 5, 2018** , referred to hereafter as plan and disclosure statement, and

It having been determined that the disclosure statement contains adequate information; now therefore,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

A. The disclosure statement referred to above is conditionally approved.

B. **September 18, 2018** is fixed as the last day for filing and serving in accordance with Rule 3017(a), Federal Rules of Bankruptcy Procedure, written objections to the disclosure statement. If no objections or requests to modify the disclosure statement are filed on or before that date, the conditional approval of the disclosure statement shall become final. Any objections to or requests to modify the disclosure statement will be considered at the confirmation hearing held pursuant to 11 U.S.C. § 1128(a) and Rule 3020(b), Federal Rules of Bankruptcy Procedure.

C. The hearing on confirmation of the plan is scheduled as follows:

 DATE:     Tuesday, September 25, 2018
 TIME:     11:00 AM
 PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

**As stated in the plan and disclosure statement, the individual debtor is seeking to have the discharge entered at sometime prior to the completion of all payments. Any objection to that proposal must be filed by the deadline for objections contained in this notice. Whether or not an objection is filed, the court may or may not grant the relief requested based on whether or not the debtor has set forth sufficient cause as required by 11 U.S.C. Sec. 1141(d)(5)(A) in the disclosure statement.**

D. **September 18, 2018** is fixed as the last day for filing written acceptances or rejections of the plan. The enclosed ballot should be completed and filed with the plan proponent on or before that date.

E. **September 18, 2018** is fixed as the last day for filing and serving written objections to confirmation of the plan pursuant to Rule 3020(b)(1), Federal Rules of Bankruptcy Procedure.

F. On or before **August 17, 2018** , the plan proponent must transmit the disclosure statement and the plan referred to above, this order, and official form 14 (ballot for accepting and rejecting the plan), to all creditors, equity security holders, Bankruptcy Administrator and other parties in interest as provided in Rule 3017(d), Federal Rules of Bankruptcy Procedure. A certificate of service must be filed with the court on or before **August 20, 2018** evidencing service.

G. The plan proponent must prepare and file a summary report on the votes, with a copy of each ballot attached, with the court by 5:00 pm one day prior to the confirmation hearing. The report should identify the name of the creditor by class as designated in the plan, the acceptance, rejection, or, if no vote cast by the creditor, the amount of each creditor's claim or amount of each creditor's vote. The report must be summarized by each class of creditor established in the plan and indicate if the number of acceptances obtained were by the holders of two–thirds in amount and more than one–half in number of claims in each class voting on the plan. A copy of the report must be served on the

U.S. Bankruptcy Administrator  
434 Fayetteville Street  
Suite 640  
Raleigh, NC 27601

as well as on each member of the unsecured creditors' committee and counsel for the unsecured creditors' committee. The report as filed with the clerk of court must have a certificate of service reflecting proper service on the parties.

DATED: August 7, 2018

                                                                          David M. Warren  
                                                                   United States Bankruptcy Judge