**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 17-01360-5-DMW |
| AUBREY L. MEADE, | Chapter 11 |
|     Debtor-in-Possession | |

## JOINT MOTION TO APPROVE CONSENT ORDER

    **COME NOW,** U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, a secured creditor in the above-captioned case, and Aubrey L. Meade, the Debtor-in-Possession, by and through the undersigned counsel, and hereby move this Court to approve the attached Consent Order lifting the stay as to certain real property of the estate.

    Respectfully submitted this the 30th day of August 2019.

| **J.M. Cook, P.A.** | **MCMICHAEL TAYLOR GRAY, LLC** |
|---|---|
| By: /s/ J.M. Cook | By: /s/ Mark A. Baker |
| J.M. Cook | Mark A. Baker |
| Attorney for the Debtor | Attorney for U.S. Bank |
| 5886 Faringdon Place | 3550 Engineering Drive |
| Suite 100 | Suite 260 |
| Raleigh, NC 27609 | Peachtree Corners, GA 30092 |
| Tel: 919.675.2411 | Telephone: (404) 474-7149 |
| Fax: 919.882.1719 | Email: mbaker@mgtlaw.com |
| Email: J.M.Cook@jmcookesq.com | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:                                                                                CASE NO. 17-01360-5-DMW

AUBREY L. MEADE,                                                          Chapter 11
       Debtor-in-Possession

## NOTICE OF MOTION

TO:    ALL CREDITORS AND PARTIES IN INTEREST.

**THIS NOTICE IS HEREBY GIVEN** that the Debtor and U.S. Bank have filed a JOINT MOTION FOR APPROVAL OF A CONSENT ORDER in the above-captioned case, in order for U.S. Bank to pursue its non-bankruptcy remedies against the Debtor's property at 3709 Lee Road, Raleigh, NC, and;

**FURTHER NOTICE IS HEREBY GIVEN** that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of Court, P.O. Box 791, Raleigh, NC 27602, with a copy served on Debtor's Counsel, **within 14 days** from the date of this Notice**;**

**FURTHER NOTICE IS HEREBY GIVEN**, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date to be determined by the United States Bankruptcy Court. Any party filing an objection requesting a hearing, shall appear at said hearing or they may be taxed with Court costs.

    This 30th day of August 2019.

                                              **MCMICHAEL TAYLOR GRAY, LLC**

                                              By: /s/ Mark A. Baker
                                              Mark A. Baker, NC Bar No. 32382
                                              3550 Engineering Drive, Suite 260
                                              Peachtree Corners, GA 30092
                                              (404) 474-7149
                                              mbaker@mtglaw.com

# CERTIFICATE OF SERVICE

I, the undersigned, of McMichael Taylor Gray, LLC, hereby certify:

That on this day, I served a copy of the foregoing Motion to Approve Consent Order and Notice of Motion on:

Aubrey L. Meade, Jr.
P.O. Box 487
Bunn, NC 27508

Aubrey L. Meade, Jr.
3709 Lee Road
Raleigh, NC 27604

All Creditors
*See attached Matrix

By depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion to Approve Consent Order and Notice of Motion was served by electronic means through the Court's CM/ECF service on:

J.M. Cook
J.M. Cook, P.A.
5886 Faringdon Place, Suite 100
Raleigh, NC 27609

Katherine S. Parker-Lowe
PO Box 730
Ocracoke, NC 27960

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2019

**MCMICHAEL TAYLOR GRAY, LLC**

By: /s/ Mark A. Baker
Mark A. Baker, NC Bar No. 32382
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404) 474-7149
mbaker@mtglaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 17-01360-5-DMW<br>Eastern District of North Carolina<br>Raleigh<br>Fri Aug 30 12:37:13 EDT 2019 | Deutsche Bank National Trust Company as Cert<br>Franklin Credit Management Corporation<br>101 Hudson Street, 25th, Floor<br>Jersey City, NJ 07302-3984 | Deutsche Bank National Trust Company, as cer<br>c/o Franklin Credit Management Corp.<br>PO Box 5147<br>Carol Stream, IL 60197-5147 |
| Franklin Credit Management Corp.<br>525 North Tryon Street<br>Charlotte, NC 28202-0202 | HSBC Bank USA, National Association<br>Ocwen Loan Servicing, LLC<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Internal Revenue Service<br>Attn: Managing Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JP Morgan Chase,N.A.<br>1111 Polaris Parkway<br>Columbus, OH 43240-2050 | MTGLQ Investor, LP<br>PO Box 55004<br>Irvine, CA 92619-5004 | MTGLQ Investors,LP<br>Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| Nationstar Mortgage LLC<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | Ocwen Loan Servicing, LLC<br>10130 Perimeter Parkway<br>Suite 400<br>Charolotte, NC 28216-0034 | Ocwen Loan Servicing, LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 |
| Ocwen Loan Servicing, LLC as servicer for Th<br>Shapiro & Ingle<br>10130 Perimeter Parkway<br>Suite 400<br>Charlotte, NC 28216-0034 | The Law Offices of Oliver & Cheek, PLLC<br>George Mason Oliver<br>405 Middle Street<br>New Bern, NC 28560-4930 | U.S. Bank National Association as trustee to<br>Robertson, Anschutz & Schneid, P.L<br>6409 Congress Ave., Ste. 100<br>Bpca Raton, FL 33487-2853 |
| U.S. Bank Trust, N.A.<br>Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Wilmington Savings Fund Society, FSB d/b/a C<br>c/o Rushmore Loan Management Services<br>PO Box 55004<br>Irvine, CA 92619-5004 |  |
| CSMC Mortgage<br>Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9096 | Chase<br>P.O.Box 78035<br>Phoenix, AZ 85062-8035 | Chase<br>PO Box 100564<br>Florence, SC 29502-0564 |
| David A. Matthews<br>Franklin Credit Management Corporation<br>P.O. Box 2301<br>Jersey City, NJ 07303-2301 | Deutsche Bank National Trust Co.<br>c/o Franklin Credit Management Corp.<br>P.O. Box 2301<br>Jersey City, NJ 07303-2301 | Ditech<br>PO Box 6172<br>Rapid City, SD 57709-6172 |
| Ditech<br>PO Box 660934<br>Dallas, TX 75266-0934 | Ditech<br>PO Box660934<br>Dallas, TX 75266-0934 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 |
| First Point Collection Resources, Inc.<br>225 Commerce Place, PO Box 26140<br>Greensboro NC 27402-6140, NC 27402-6140 | Flagstar Bank<br>Attn: Managing Agent or Officer<br>P.O. Box 2026<br>Flint, MI 48501-2026 | Franklin County<br>PO Box 503<br>Louisburg, NC 27549-0503 |

| | | |
|---|---|---|
| GMAC Mortgage<br>PO Box 9001719<br>Louisville, KY 40290-1719 | Greenpoint Mortgage Funding<br>Attn: Managing Agent or Officer<br>100 Wood Hollow Drive<br>Novato, CA 94945-1423 | HSBC Bank USA, National Association, as trus<br>Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555 - 700 Kansas Lane<br>Monroe, LA 71203 | MTGLQ Investors, LP<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| NC Dept of Revenue<br>Office Serv. Div, Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Nationstar Mortgage<br>PO Box 650783<br>Dallas, TX 75265-0783 | Nationstar Mortgage LLC<br>PO BOX 619094<br>Dallas, TX 75261-9094 |
| North Carolina Department of Commerce<br>Div. of Employment Security<br>P.O. Box 26504<br>Raleigh, NC 27611-6504 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Ocwen Loan Servicing,LLC<br>PO Box 6440<br>Carol Stream, IL 60197-6440 |
| Ocwen Loan Servicing,LLC<br>PO Box 6723<br>Springfield, OH 45501-6723 | Ocwen Loan Servicing,LLC<br>PO Box 9001719<br>Louisville, KY 40290-1719 | Oliver & Cheek PLLC<br>PO Box 1548<br>New Bern, NC 28563-1548 |
| (p)PROFESSIONAL RECOVERY CONSULTANTS INC<br>2700 MERIDIAN PARKWAY<br>SUITE 200<br>DURHAM NC 27713-2450 | Rocky Mountain Holdings LLC<br>PO Box 713375<br>Cincinnati, OH 45271-3375 | Rushmore Loan Management Services LLC<br>PO Box 514707<br>Los Angeles, CA 90051-4707 |
| Secretary of the Treasury<br>1500 Pennsylvania Ave, N.W.<br>Washington, DC 20220-0001 | Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Rd, Ste 900<br>Atlanta, GA 30326-1382 | Specialized Loan Servicing LLC<br>PO Box 636007<br>Littleton, CO 80163-6007 |
| The BNYM Trust Company, NA, Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | The Law Offices of Oliver & Cheek, PLLC<br>c/o George Mason Oliver, Esq.<br>PO Box 1548<br>New Bern, NC 28563-1548 | U.S. BANK NATIONAL ASSOCIATION, AS<br>TRUSTEE for CSMC MORTGAGEBACKED<br>PASSTHROUGH CERTIFICATES, SERIES<br>20075 c/o NATIONSTAR MORTGAGE LLC<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| U.S. Bank National Association<br>C/O Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9096 | U.S. Bank National Association Trustee (See<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | US Attorney<br>310 New Bern Avenue, Suite 800<br>Federal Bldg<br>Raleigh, NC 27601-1461 |
| Wake Forest Baptist Hospital<br>P.O. Box 751727<br>Charlotte, NC 28275-1727 | Watauga Medical Center<br>PO Box 1851<br>Boone, NC 28607-1851 | Wilmington Savings Fund Society<br>c/o Rushmore Loan Management Serv.<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |

Matthew Ceradini
Ceradini Law, PLLC
9650 Strickland Road
Ste 103-202
Raleigh, NC 27615-1902

Professional Recovery Consultants
PO Box 51187
Durham, NC 27717-1187

# EXHIBIT A - Proposed Consent Order

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| AUBREY L. MEADE, JR. ) | |
| ) | CASE NO. 17-01360-5-DMV |
| ) | |
| DEBTOR ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C § 362(e)

This cause came upon U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust's ("Movant") Motion for Relief from Automatic Stay Pursuant to 11 U.S.C § 362(e) ("Motion') (Doc. No. ___) filed on _____, as to property at 3709 Lee Road, Raleigh, North Carolina 27604 (the "Property"). There is no opposition by the Debtor to the relief requested as he has identified this property as having no value to the estate.

**ADJUDGED and ORDERED** the Motion shall be granted;

**IT IS FURTHER ORDERED**

a. That the automatic stay imposed by 11 U.S.C. § 362 is hereby modified and lifted to permit the Movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 3709 Lee Road, Raleigh, North

    Carolina 27604;

b.  That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

c.  That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived as to the Property; and

d.  For such other relief as the Court deems proper.

"End of Document"